IN THE MATTER OF THE APPLICATION OF KAI-MUKI LAND COMPANY, LIMITED, TO REGISTER TITLE TO CERTAIN LAND SITUATE IN HONOLULU, TERRITORY OF HAWAII, BEING APPLICATION NO. 1130.

No. 2329.

SUBMITTED NOVEMBER 3, 1939.          DECIDED DECEMBER 14, 1939.

COKE, C. J., CIRCUIT JUDGE LE BARON IN PLACE OF PETERS, J., ABSENT, AND CIRCUIT JUDGE BROOKS IN PLACE OF KEMP, J., DISQUALIFIED.

*Per Curiam.* All issues in the above cause, here on writ of error, have been disposed of in the opinion rendered

by this court in number 2330, *ante*, p. 254. Upon the authorities of that opinion the final decree of the lower court is affirmed.

*Anderson, Marx, Wrenn & Jenks* for plaintiffs in error.